UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LEE JOHNSON,            )
                               )
      Petitioner,             )   CASE NO. C09-2487RSL-JLW
                               )
  v.                           )
                               )
GARY SWARTHOUT,                )
                               )   ORDER DENYING MOTION AS
      Respondent.             )   MOOT
_____)

This matter comes before the Court on petitioner's "Petition for Issuance of Certificate of Appealability." Dkt. # 23. On September 2, 2010, the Court declined to issue a certificate of appealability. The "Petition for Issuance of Certificate of Appealability" is therefore DENIED as moot.

        Dated this 27th day of September, 2010.

                      /s/ Robert S. Lasnik
                      Robert S. Lasnik
                      United States District Judge

ORDER DENYING MOTION AS MOOT